```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                    Case No. 19-10893-jkf
Cincearae Kelly                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 1              Date Rcvd: Oct 29, 2019
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db           +Cincearae Kelly,    6731 Lynford Street,    Philadelphia, PA 19149-2127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Cincearae  Kelly dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESOR
               TRUSTEE TO CITIBANK, N.A., et al bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cincearae Kelly<br>      Debtor | |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF12<br>      v.<br>Cincearae Kelly<br>      Debtor<br>    and<br>Scott Waterman<br>      Trustee | Chapter 13<br><br>NO. 19-10893 JKF |

## ORDER

AND NOW, this 29th day of October, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on July 13, 2019 it is ORDERED ~~AND DECREED~~ that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF12 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6731 Lyndford Street a/k/a 6731 Lynford Street Philadelphia, PA 19149.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                     United States Bankruptcy Judge.
                     Jean K. FitzSimon

cc: See attached service list

Cincearae Kelly
6731 Lynford Street
Philadelphia, PA 19149

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

David M. Offen Esq.
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532