```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania

In re:                                                                  Case No. 19-10893-jkf
Cincearae Kelly                                                         Chapter 13
        Debtor            CERTIFICATE OF NOTICE
District/off: 0313-2          User: Antoinett             Page 1 of 2                  Date Rcvd: Feb 05, 2020
                              Form ID: pdf900             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
db             +Cincearae Kelly,    6731 Lynford Street,    Philadelphia, PA 19149-2127
cr             +Wilmington Trust, National Association, et als,    RAS Crane LLC,
                 10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
14272605       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14272606       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14324422       +Nationstar Mortgage,    c/o Kevin G. McDonald, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14272613       +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
14272615        Sunrise Credit Services,    P.O. Box 9100,    Farmingdale, NY 11735-9100
14293089       +WILMINGTON TRUST, NATIONAL ASSOCIATION,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas TX 75261-9096
14280382       +Wilmington Trust, National Association,    RAS Crane, LLC,    c/o Andrea Betts,
                 10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
14370823       +Wilmington Trust, National Association et. al,,    c/o Nationstar Mortgage LLC,    dba Mr. Cooper,
                 P.O. Box 619096,    Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 06 2020 03:59:23     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2020 03:58:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2020 03:59:17     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14304676        E-mail/Text: g20956@att.com Feb 06 2020 03:59:38     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14272601       +E-mail/Text: backoffice@affirm.com Feb 06 2020 03:59:52     Affirm Inc,    Affirm Incorporated,
                 Po Box 720,    San Francisco, CA 94104-0720
14272602       +E-mail/Text: ally@ebn.phinsolutions.com Feb 06 2020 03:57:43     Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
14402828        E-mail/Text: ally@ebn.phinsolutions.com Feb 06 2020 03:57:43     Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
14272603        E-mail/Text: megan.harper@phila.gov Feb 06 2020 03:59:23     City of Philadelphia,
                 Department of Revenue,    P.O. Box 148,    Philadelphia, PA 19105-0148
14272604       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 06 2020 03:58:03     Comenity Bank/Overstock,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14272607       +E-mail/Text: ext_ebn_inbox@navyfederal.org Feb 06 2020 03:59:50     Navy FCU,
                 Attn: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
14272610       +E-mail/Text: ext_ebn_inbox@navyfederal.org Feb 06 2020 03:59:50     Navy Federal Credit Union,
                 Attn: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
14275873        E-mail/PDF: cbp@onemainfinancial.com Feb 06 2020 04:05:27     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14272611       +E-mail/PDF: cbp@onemainfinancial.com Feb 06 2020 04:00:56     OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
14272612       +E-mail/Text: bankruptcygroup@peco-energy.com Feb 06 2020 03:57:59     Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14272614       +E-mail/Text: bankruptcy@sw-credit.com Feb 06 2020 03:58:50     Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14272616        E-mail/Text: megan.harper@phila.gov Feb 06 2020 03:59:23     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
14361014       +E-mail/Text: megan.harper@phila.gov Feb 06 2020 03:59:23     Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                               TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14272608*      +Navy FCU,    Attn: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
14272609*      +Navy FCU,    Attn: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
14361016*      +Water Revenue Bureau,    c/o City of Philadelphia Law Department,    Tax & Revenue Unit,
                 Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: Antoinett            Page 2 of 2            Date Rcvd: Feb 05, 2020
                              Form ID: pdf900            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Cincearae  Kelly dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD     on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESOR
               TRUSTEE TO CITIBANK, N.A., et al bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Cincearae Kelly : Chapter 13

Debtor(s) : Bky. No. 19-10893-JKF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Frederick Reigle, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: February 5, 2020**

**JEAN K. FITZSIMON**
**U.S. BANKRUPTCY JUDGE**