**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Cincearae Kelly ) Chapter 13 | |
| Debtor ) | |
| ) No. 19-10893-JKF | |
| ) | |
| ) | |

**CERTIFICATION OF NO RESPONSE**

I hereby certify that neither an objection to the compensation nor an application for administrative expenses has been filed and respectfully request that the order attached to the Application be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor

Date: February 27, 2020